UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | |
| BAYLOR UNIVERSITY<br>    Defendant. | §<br>§<br>§ | Civil Action No. 6:17-CV-00125-RP |

## AGREED STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF THE COURT:

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her or its own costs, attorneys' fees, and expenses.

Respectfully submitted,

ABRAHAM, WATKINS, NICHOLS,
SORRELS, AGOSTO & AZIZ

By:   /s/ *Muhammad S. Aziz*

Muhammad S. Aziz
Federal ID No. 868540
State Bar No. 24043538
800 Commerce Street
Houston, Texas 77002
Telephone: (713) 222-7211
Facsimile: (713) 225-0827
maziz@abrahamwatkins.com

**COUNSEL FOR PLAINTIFF**

1

THOMPSON & HORTON LLP

By:    /s/ *Lisa A. Brown*

Lisa A. Brown
Federal I.D. No. 11478
Texas Bar No. 03151470
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas  77027-7554
(713) 554-6741 (telephone)
(713) 583-7934 (fax)
lbrown@thompsonhorton.com

**COUNSEL FOR BAYLOR UNIVERSITY**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of Agreed Stipulation of Dismissal has been forwarded to opposing counsel on this 26th day of September 2018, via the Court's electronic service system:

Ms. Lisa A. Brown
*Via ECF:* lbrown@thompsonhorton.com
**Thompson & Horton LLP**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas  77027-7554

By:    /s/ *Michelle Ciolek*
Michelle Ciolek

4824-4142-0655, v. 1