IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE, | § § § | |
| Plaintiff, | § § | |
| v. | § | 6:17-CV-125-RP |
| BAYLOR UNIVERSITY, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the parties' Agreed Stipulation of Dismissal. (Dkt. 33). The parties stipulate that the above-captioned action should be dismissed with prejudice pursuant to Rule 41(a)(1). (*Id.*).

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action.

**SIGNED** on October 2, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE